IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) Case: 2:11-MC-50676 ) |
| v. | ) Hon. Gerald E. Rosen ) |
| BANK OF AMERICA, | ) ) |
| Respondent. | ) ) |

NOTICE OF WITHDRAWAL OF
APPLICATION FOR ORDER TO SHOW CAUSE
FOR CIVIL CONTEMPT PURSUANT TO F.R. CIV. P. 70

The Equal Employment Opportunity Commission hereby gives notice that it is withdrawing its Application for an Order to Show Cause filed to enforce its administrative subpoena DT 10-84, because Respondent has complied with the subpoena via a submission received by the Commission on June 29, 2011.

                Respectfully submitted,

                EQUAL EMPLOYMENT OPPORTUNITY
                COMMISSION

                LAURIE YOUNG
                Regional Attorney

                DEBORAH BARNO (P44525)
                Supervisory Trial Attorney

Dated: June 30, 2011                  s/ Dale Price
                DALE PRICE (P55578)
                Trial Attorney
                dale.price@eeoc.gov

                DETROIT FIELD OFFICE
                Patrick V. McNamara Federal Building

477 Michigan Ave, Room 865
Detroit, Michigan 48226

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2011, I filed the foregoing paper with the Clerk of the Court using the ECF system and served on Respondent's counsel via certified mail to the foregoing:

> Yolanda Vera
> Bank of America, AZI-200-14-55
> PO Box 29961
> Phoenix, AZ 85038

Dated: June 30, 2011               s/ Dale Price
                                   DALE PRICE (P55578)
                                   Trial Attorney
                                   dale.price@eeoc.gov

                                   DETROIT FIELD OFFICE
                                   Patrick V. McNamara Federal Building
                                   477 Michigan Ave, Room 865
                                   Detroit, Michigan 48226